1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation;
HANESBRANDS, INC., a Maryland
corporation; and HBI BRANDED APPAREL
ENTERPRISES, LLC, a Delaware limited
liability company,

                Plaintiffs,

   v.

DAFANG HAOJIAFU HOTPOT STORE, a
Chinese entity doing business as DA FANG;
HAO JIAFU, an individual; and DOES 1-10,

                Defendants.

No. 2:21-cv-00766-RSM

**ORDER GRANTING PLAINTIFFS'**
***EX PARTE***
**RULE 42 MOTION TO**
**CONSOLIDATE CASES**

17

     THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc. ("Amazon")

18 and HanesBrands, Inc. and HBI Branded Apparel Enterprises, LLC (collectively, "Plaintiffs")

19 *Ex Parte* Rule 42 Motion to Consolidate Cases ("Motion") now pending before this Court.

20 Plaintiffs concurrently filed a notice in the related case reflecting their intent to seek

21 consolidation, and the Defendants in those cases have not appeared or otherwise objected.  The

22 Court has considered Plaintiffs' Motion and governing law.

23      NOW, THEREFORE, the Court orders that *Amazon.com, Inc. v. DaFang HaoJiafu*

24 *Hotpot Store*, Case No. 2:21-cv-00766- RSM;  *Amazon.com, Inc. v. Guangzhou Yuexiu Yifansi*

25 *Underwear Co.*, Case No.: 2:21-cv-00767- RSM;  *Amazon.com, Inc. v. Nanjing Anjiexun*

26 *Network Engineering Co. Ltd*, Case No.: 2:21-cv-00768- RSM;  *Amazon.com, Inc. v.*

27

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES - 1
Case No. 2:21-cv-00766-RSM

*Guangzhou Angyan Technology Co. Ltd.*, Case No.: 2:21-cv-00769-RSM; *Amazon.com, Inc. v. Changsha Ningxing Technology Co. Ltd.*, Case No.: 2:21-cv-00770- RSM; *Amazon.com, Inc. v. An Individual or Entity d/b/a Eartherlas*, Case No.: 2:21-cv-00771- RSM; *Amazon.com, Inc. v. An Individual or Entity d/b/a Penwernt*, Case No.: 2:21-cv-00772- RSM; *Amazon.com, Inc. v. An Individual or Entity d/b/a Rowdy Rising¸* Case No.: 2:21-cv-00773- RSM; *Amazon.com, Inc. v. Huayun Culture Investment Co. Ltd.*, Case No.: 2:21-cv-00774- RSM; *Amazon.com, Inc. v. Qineng*, Case No.: 2:21-cv-00775- RSM; *Amazon.com, Inc. v. An Individual or Entity d/b/a Dolopow*, Case No.: 2:21-cv-00776- RSM; *Amazon.com, Inc. v. Shenzhen Kajishi Advertising Co., Ltd.*, Case No.: 2:21-cv-00777- RSM; and *Amazon.com, Inc. v. Xuchang Zhenni Trade Co., Ltd.,* Case No.: 2:21-cv-00778- RSM be consolidated under 2:21-cv-00766-RSM for all purposes, including trial.

All further pleadings shall be filed in 2:21-cv-00766-RSM and bear this case number.

SO ORDERED this 12th day of July, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES - 2
Case No. 2:21-cv-00766-RSM

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*


 *s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES - 3
Case No. 2:21-cv-00766-RSM

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax